FILE COPY

No. 07-14-00379-CV

| | | |
|---|---|---|
| Sreedharan Pillai and Anitha Pillai<br>   Appellants | § | From the 181st District Court<br>   of Randall County |
| | § | |
| v. | | March 16, 2015 |
| | § | |
| Narayana G. Pillai and Priya Pillai<br>   Appellees | § | Opinion by Chief Justice Quinn |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 16, 2015, it is hereby ordered, adjudged and decreed that the order entered below is reversed and that a judgment is hereby rendered dismissing the suit against Sreedharan and Anitha Pillai due to the want of personal jurisdiction.

It is further ordered that Narayana G. and Priya Pillai pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o